No. 1000. SAMUEL S. LEWIS ET AL. v. UNITED STATES. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harvey H. Pratt* for petitioners. No brief filed for the United States.

No. 1001. MRS. F. W. LEATHERBURY, COMMUNITY ADMINISTRATRIX, v. GULF, COLORADO & SANTA FE RAILWAY COMPANY. June 9, 1924. Petition for a writ of certiorari to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas denied. *Mr. Winbourn Pearce* and *Mr. A. L. Curtis* for petitioner. *Mr. J. W. Terry* for respondent.

No. 1015. LEDA K. MAYFIELD v. EQUITABLE TRUST COMPANY OF NEW YORK. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. S. G. Mayfield* for petitioner. *Mr. Alfred Huger* for respondent.

No. 1016. LEDA K. MAYFIELD v. FEDERAL RESERVE BANK OF ATLANTA. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. S. G. Mayfield* for petitioner. *Mr. Hollins N. Randolph* and *Mr. A. B. Lovett* for respondent.

No. 1030. FRED S. HOBACK v. UNITED STATES. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. B. Hunt* and *Mr. Walter R. Staples* for petitioner. No brief filed for the United States.